February 24, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

BRANDON WATSON, Appellant

NO. 14-14-00031-CV          V.

MEGHAN CLARK, Appellee

_____

       This cause, an appeal from the judgment signed October 22, 2013, was heard on the transcript of the record. We order the appeal **DISMISSED FOR LACK OF JURISDICTION**. We order appellant, Brandon Watson, to pay all costs incurred in this appeal. We further order this decision certified below for observance.